LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant Home Depot U.S.A., Inc.

CHRISTOPHER B. DOLAN (SBN 165358)
EMILE A. DAVIS (SBN 208394)
MARI BANDOMA CALLADO (SBN 288320)
THE DOLAN LAW FIRM PC
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiff Laura Redfern

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA REDFERN, an individual. <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, inclusive. <br><br> Defendants. | Case No. 3:17-cv-01944 <br><br> **STIPULATION AND REQUEST TO CONTINUE LAST DAY TO HEAR DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |

1

STIPULATION AND REQUEST TO CONTINUE LAST DAY TO HEAR DISPOSITIVE
MOTIONS; [PROPOSED] ORDER
Case No. 3:17-cv-01944

## **STIPULATION AND REQUEST**

Plaintiff Laura Redfern ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS the last day to hear dispositive motions is currently May 10, 2018;

WHEREAS pursuant to Local Rule 7-2(a), the last day to file dispositive motions is currently April 5, 2018;

WHEREAS the Parties have been engaging in informal settlement discussions and have now reached an agreement on a resolution amount;

WHEREAS the Parties are currently finalizing the other terms of the settlement and need additional time to do so; and

WHEREAS the Parties desire to avoid the time and expense associated with a dispositive motion if such a filing is unnecessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the last day to hear dispositive motions be continued by two weeks to May 24, 2018.

DATED: April 4, 2018              THE DOLAN LAW FIRM

                                  */s/ Mari Bandoma Callado*
                                  MARI BANDOMA CALLADO
                                  Attorneys for Plaintiff
                                  LAURA REDFERN

DATED: April 4, 2018              LAFAYETTE & KUMAGAI LLP

                                  */s/ Brian H. Chun*
                                  BRIAN H. CHUN
                                  Attorneys for Defendant
                                  HOME DEPOT U.S.A, INC.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Mari Bandoma Callado, counsel for Plaintiff, for the filing of this stipulation.

                                                  */s/ Brian H. Chun*
                                                  BRIAN H. CHUN

**ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the last day to hear dispositive motions be continued to May 24, 2018 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:     4/5    , 2018

Edward M. C[hen]
United States [District Judge]



IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND REQUEST TO CONTINUE LAST DAY TO HEAR DISPOSITIVE MOTIONS; [PROPOSED] ORDER
Case No. 3:17-cv-01944

3