LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant Home Depot U.S.A., Inc.

CHRISTOPHER B. DOLAN (SBN 165358)
EMILE A. DAVIS (SBN 208394)
MARI BANDOMA CALLADO (SBN 288320)
THE DOLAN LAW FIRM PC
1438 Market Street
San Francisco, California 94102
Telephone:   (415) 421-2800
Facsimile:   (415) 421-2830

Attorneys for Plaintiff Laura Redfern

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA REDFERN, an individual.<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 25, inclusive.<br><br>    Defendants. | Case No. 3:17-cv-01944-EMC<br><br>**STIPULATION OF DISMISSAL** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Laura Redfern and Defendant Home Depot U.S.A., Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party bearing her/its own attorney's fees and costs.

DATED: May 2, 2018                    THE DOLAN LAW FIRM

                                                          */s/ Mari Bandoma Callado*
                                                    MARI BANDOMA CALLADO
                                                    Attorneys for Plaintiff
                                                    LAURA REDFERN

DATED: May 2, 2018                    LAFAYETTE & KUMAGAI LLP

                                                          */s/ Brian H. Chun*
                                                    BRIAN H. CHUN
                                                    Attorneys for Defendant
                                                    HOME DEPOT U.S.A, INC.

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Mari Bandoma Callado, counsel for Plaintiff, for the filing of this Stipulation.



                                                          */s/ Brian H. Chun*
                                                    BRIAN H. CHUN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605